Case: 1:25-mc-00020-JPC Doc #: 8 Filed: 07/15/25 1 of 1. PageID #: 15

United States District Court
Northern District of Ohio

COMMON PLEAS COU:

Certificate of Judgment Lien Upon Lands and Tenements    **FILED**

2025 SEP 17 AM 11: 16    § 2329.02 Ohio Revised Code

SHEILA L ... TCH
CLERK OF ...
GEAUGA C ...    25 CJ 000 288

**SEP 19 2025**

CLERK, US DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

Civil Case No:    1:25-mc-00020-JPC

ROCKET MORTGAGE,LLC

Plaintiff

vs.

Judge:    J. Philip Cabrese

I hereby certify that this instrument is a true and
correct copy of the original on file in my office.
Attest: Sandy Opacich, Clerk
U.S. District Court
Northern District of Ohio

By:

Deputy Clerk

JMGROUP Financial, et al.

Defendant

I, Sandy Opacich, Clerk of the United States District Court for the Northern District of

Ohio, do hereby certify that on May 12, 2025 there was entered in the record,

in this Court, Eastern Division, at Cleveland, Ohio ▾ , in the above-entitled action

judgment in favor of ROCKET MORTGAGE, LLC- 1050 Woodward Ave., Detroit, MI 48226

and against JMGROUP FINANCIAL, LLC, a Florida limited liability company- 100 Puueo St., Hilo, HI 96720
and
JASON LIONO MANTIS a/k/a JASON MORALES, an individual- 16704 Akron St., Chagrin
Falls,OH 44022

In the amount of : $1,384,654.55

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the Seal of this

Court at ___Cleveland___ , Ohio, this 15th day of ___July___ , 2025 .

Sandy Opacich U.S. District Court

By: s/Cylenthia Woodford

Deputy Clerk